UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TREY BOSARD**<br>     **Plaintiff,**<br><br>v.<br><br>**UNITED PROPERTY & CASUALTY**<br>**INSURANCE COMPANY**<br>     **Defendant.** | §<br>§<br>§       **CASE NO. 4:23-CV-00633**<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Trey Bosard and Defendant United Property & Casualty Insurance Company, and files this the Agreed Motion to Dismiss all claims against Defendant United Property & Casualty Insurance Company with prejudice, for the reasons that all matters against Defendant have been fully resolved.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Trey Bosard requests the Court enter an Order of Dismissal for all of Plaintiff's claims against Defendant United Property & Casualty Insurance Company *with prejudice* and further orders that all parties bear their own court costs and attorneys' fees incurred.

**[SIGNATURES ON THE FOLLOWING PAGE]**

CHAD T. WILSON LAW FIRM, PLLC

*/s/ Pat McGinnis (with permission)*
Chad T. Wilson
State Bar No. 24079587
Federal Bar No. 2246983
cwilson@cwilsonlaw.com
Patrick C. McGinnis
State Bar No. 1361900
Federal Bar No. 20675
pmcginnis@cwilsonlaw.com
455 E. Medical Center Blvd, Suite 555
Webster, Texas 77598
832-415-1432
Fax: 281-940-2137
eservice@cwilsonlaw.com
**ATTORNEY FOR PLAINTIFF, TREY BOSARD**


**COX, P.L.L.C**

*/s/ Steve Shattuck*
**Clinton V. Cox, IV**
State Bar No. 24040738
Fed Bar No. 36874
ccox@coxpllc.com
**Steve Shattuck**
Texas Bar No. 18133700
Federal Bar No. 18145
Email: sshattuck@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
Telephone: 214-444-7050
Facsimile: 469-340-1884
**ATTORNEYS FOR DEFENDANT, UNITED PROPERTY & CASUALTY INSURANCE COMPANY**