Case 4:23-cv-00633   Document 16   Filed on 10/04/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREY BOSARD § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED PROPERTY & CASUALTY § <br> INSURANCE COMPANY § <br> Defendant. § | CASE NO. 4:23-CV-00633 |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

ON THIS DAY came to be considered the Agreed Motion to Dismiss with Prejudice and stated that all matters in controversy have been resolved and that this suit should be dismissed with prejudice to refiling same.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Agreed Motion to Dismiss with Prejudice is **GRANTED** and the same is hereby **dismissed with prejudice** against refiling of same as to Defendant United Property & Casualty Insurance Company, by Plaintiff Trey Bosard. All Court costs incurred herein shall be paid by the party incurring same.

All relief sought herein which is not expressly granted is denied.

SO ORDERED this ____4-th____ day of October, 2024.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

**CHAD T. WILSON LAW FIRM, PLLC**

*/s/ Pat McGinnis (with permission)*
Chad T. Wilson
State Bar No. 24079587
Federal Bar No. 2246983
cwilson@cwilsonlaw.com
Patrick C. McGinnis
State Bar No. 1361900
Federal Bar No. 20675
pmcginnis@cwilsonlaw.com
455 E. Medical Center Blvd, Suite 555
Webster, Texas 77598
832-415-1432
Fax: 281-940-2137
eservice@cwilsonlaw.com
**ATTORNEY FOR PLAINTIFF, TREY BOSARD**


**COX P.L.L.C.**

By : ___/s/ Steve Shattuck___
**Clinton V. Cox, IV**
State Bar No. 24040738
Fed Bar No. 36874
ccox@coxpllc.com
**Steve Shattuck**
Texas Bar No. 18133700
Federal Bar No. 18145
Email: sshattuck@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
Telephone: 214-444-7050
Facsimile: 469-340-1884
**ATTORNEYS FOR DEFENDANTS**